## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Global Interactive Media, Inc., | Case No. |
| Plaintiff, | |
| v. | **Complaint for Patent Infringement** |
| Sirius XM Holdings Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff Global Interactive Media, Inc. ("GIM") brings this patent-infringement action against Sirius XM Holdings Inc. ("Sirius").

### Parties

1.      GIM is a Belizian company based in Belize.

2.      Sirius is a corporation organized under the laws of Delaware, with a place of business located in New York City, New York.

### Jurisdiction and Venue

3.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court may exercise personal jurisdiction over Sirius. Sirius conducts continuous and systematic business in this District. Sirius maintains corporate offices in this District, and this patent-infringement case arises directly from Sirius' continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over

Sirius would be consistent with the Illinois long-arm statute and traditional notions of fair play and substantial justice.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(b).

### Count 1 – Infringement of U.S. Patent No. 8,032,907

7. GIM owns United States Patent 8,032,907 (the "'907 patent") (attached as Exhibit A).

8. Sirius is infringing at least one of the 90 methods and systems claimed in the '907 patent.

9. For example, and for illustration of one of the 90 claims of the '907 patent that GIM alleges Sirius infringes, Sirius' Program Scheduler service infringes claim 1 of the '907 patent as follows:

a. Claim 1 is for a "computer implemented information system to present program description information for one or more broadcast programs[.]" (Ex. A, 17:46-49.) Sirius' Program Scheduler service is a system that provides descriptions of broadcast programs to which a user is currently listening. For example, a user listening to the radio program *La Gozadera* at 3:00 p.m. on channel 158 may use the system to find out that "The untouchable DJ Kito mixes you some salsa gorda (classic salsa), merengue classico and a touch of the hottest bachata, pop and reggaeton music out right now."

b. The system of claim 1 includes "a processing system for execution by a computer; a user interface coupled to said processing system, said user interface providing means for receiving one or more user inquiries regarding one

or more broadcast programs[.]" (Ex. A, 17:50-54.) Sirius' Program Scheduler is a system including a database and a user interface located at http://www.siriusxm.com/programschedules.

       c.    The system of claim 1 includes "a database coupled to said processing system; an input means coupled to said processing system, for inputting program description information of one or more broadcast programs to be broadcast in the future; and a program description transmission means coupled to said processing system and to said user interface[.]" (Ex. A, 17:55-61.) Sirius's system includes a database for storing inputted program descriptions and a means for transmitting those descriptions in response to a user inquiry.

       d.    The processing system of claim 1 includes "means for synchronizing said inputted program description information with one or more broadcast programs of a broadcast transmission[.]" (Ex. A, 17:63-65.) Sirius synchronizes program descriptions so that a user of the Program Scheduler service will be presented with descriptions of currently-broadcasted programs.

       e.    The processing system includes "means for responding to a user inquiry placed through said user interface; and means for further responding to said user inquiry by causing said program description transmission means to transmit program description information responsive to said user inquiry." (Ex. A, 17:66-18:4.) When a user wants to know a description of the program she is currently to at 3:00 p.m., for example, the program *La Gozadera* on the radio station Caliente, Ch. 158, she can use the Program Scheduler service and place an inquiry by selecting that station. In response to the inquiry, Sirius responds with

the program description: "The untouchable DJ Kito mixes you some salsa gorda (classic salsa), merengue classico and a touch of the hottest bachata, pop and reggaeton music out right now."

### Count 2 – Infringement of U.S. Patent No. 6,314,577

10.    GIM owns United States Patent 6,314,577 (the "'577 patent") (attached as Exhibit B).

11.    Sirius is infringing at least one of the 130 methods and systems claimed in the '577 patent.

12.    For example, and for illustration of one of the 130 claims of the '577 patent that GIM alleges Sirius infringes, Sirius' Program Scheduler service infringes claim 94 of the '577 patent as follows:

      a.    Claim 94 is a "method for providing listeners or viewers of a radio or television broadcast with automated information about program material, comprising the steps of: broadcasting at least one radio or television broadcast . . . ." (Ex. B, 23:14-18.) Sirius' Program Scheduler service provides descriptions of broadcast programs to which a user is currently listening. For example, a user listening to the Sirius broadcast program *La Gozadera* at 3:00 p.m. on channel 158 may use the system to obtain a description of that program.

      b.    Claim 94 involves "receiving user inquiries from a listener or viewer of said radio or television broadcast . . . ." (Ex. B, 19-20.) In order for this user to obtain the program description, she submits an inquiry to Sirius identifying *La Gozadera* on channel 158 at 3:00 p.m. as the program for which she would like a description.

c. Claim 94 involves "creating a program description file . . . ." (Ex. B, 23:21.) Prior to this user's inquiry, Sirius created a file describing *La Gozadera*: "The untouchable DJ Kito mixes you some salsa gorda (classic salsa), merengue classico and a touch of the hottest bachata, pop and reggaeton music out right now."

d. The method of claim 94 involves "communicating program list information into a programmed data processor . . . ." (Ex. B, 23:23-24.) Sirius communicates program list information into a programmed data processor so that the Program Scheduler displays a list of scheduled programs.

e. Claim 94 involves "correlating said program descriptions of program material with said program list information and generating information in a database responsive to only a broadcast identifier . . . ." (Ex. B, 23:24-27.) The description of *La Gozadera* is correlated to the list of scheduled programs so that the description is responsive to the identifier of Caliente, Ch. 158, *La Gozadera*.

f. Claim 94 involves "using said programmed data processor to communicate said program description file responsive to said user inquiry." (Ex. B, 23:28-30.) In response to the user's inquiry regarding *La Gozadera*, Sirius' Program Scheduler service provides the description: "The untouchable DJ Kito mixes you some salsa gorda (classic salsa), merengue classico and a touch of the hottest bachata, pop and reggaeton music out right now."

**Count 3 – Infringement of U.S. Patent No. 7,574,721**

13.     GIM owns United States Patent 7,574,721 (the "'721 patent") (attached as Exhibit C).

14.     Sirius is infringing at least one of the 35 methods and systems claimed in the '721 patent.

15.     For example, and for illustration of one of the 35 claims of the '721 patent that GIM alleges Sirius infringes, Sirius' Program Scheduler service infringes claim 20 of the '721 patent as follows:

  a.     Claim 1 is "A method for identifying at least one broadcast provider through a combination of a geographic identification code and a broadcast identifier[.]" (Ex. C, 17:44-46.) Sirius' Program Scheduler service practices the method of claim 1 when it identifies broadcast providers of certain satellite radio programs available to a user based on the user's time zone and in response to a "user related broadcast identifier," e.g., the genre of program for which the user wants to identify a broadcast provider of programming. For example, in response to the user's communication, Sirius identifies Elvis Radio, Ch. 19 as the broadcast provider of *Elvis Radio with Big Jim Sykes* at 2:00 p.m. EST.

  b.     Claim 1 involves "digitally storing, in the database, one or more geographic identification codes that are each associated with at least one area or location in which a broadcast is receivable from at least one broadcast provider[.]" (Ex. C, 17:51-53.) Sirius' Program Scheduler service digitally stores time zones in a database (e.g., EST), in which broadcast programming is

receivable by a user.

c.      Claim 1 involves receiving at least one user related geographic identification code[.]" (Ex. C, 17:54-55.) Sirius' Program Scheduler service receives a user related geographic identification code when the user selects her relevant time zone.

d.      Claim 1 involves "receiving at least one user related broadcast identifier[.]" (Ex. C, 17:56.) Sirius' Program Scheduler service receives a user related broadcast identifier when the user selects "Rock" as the genre of programming for which she wants to identify a broadcast provider and when the user selects 2:00 p.m. as the time for when she wished to identify a broadcast provider.

e.      Claim 1 involves "determining, by a processor, a subset of data from the database using the received at least one user related geographic identification code[.]" (Ex. C, 17:60-62.) Sirius' Program Scheduler service determines a subset of data comprising at least the broadcast identifier of Elvis Radio as being available to the user at 2:00 p.m. EST.

f.      Claim 1 involves "identifying, by the processor, at least one broadcast provider using at least both the subset of data and received at least one user related broadcast identifier[.]" (Ex. A, 18:1-3.) Using the subset of data and the user related broadcast identifier, Sirius' Program Scheduler service identifies at least Elvis Radio, Ch. 19 as the broadcast provider of the rock-genre program *Elvis Radio with Big Jim Sykes* at 2:00 p.m. EST.

## Prayer for Relief

WHEREFORE, GIM prays for the following relief against Sirius:

(a)     Judgment that Sirius has directly infringed claims of the '907, '577, and '721 patents;

(b)     For a reasonable royalty;

(c)     For pre-judgment interest and post-judgment interest at the maximum rate allowed by law; and

(d)     For such other and further relief as the Court may deem just and proper.

## Demand for Jury Trial

GIM demands a trial by jury on all matters and issues triable by jury.


Date:  <u>June 30, 2016</u>              Respectfully submitted,


                                         */s/ Matthew M. Wawrzyn*
                                         Matthew M. Wawrzyn
                                         *matt@wawrzynlaw.com*
                                         Stephen C. Jarvis
                                         *stephen@wawrzynlaw.com*
                                         **WAWRZYN & JARVIS LLC**
                                         233 S. Wacker Drive, 84th Floor
                                         Chicago, IL 60606
                                         Phone: 312.283.8010
                                         Fax: 312.283.8331

                                         ***Counsel for Global Interactive Media, Inc.***